**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-21682-TAB |
| | § | |
| MARK G KOKOYACHUK | § | |
| MARIA LISA KOKOYACHUK | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 12/05/2013, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   11/08/2013                    By:   /s/ David P. Leibowitz
                                                   (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-21682-TAB |
| | § | |
| MARK G KOKOYACHUK | § | |
| MARIA LISA KOKOYACHUK | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $2,500.00
*and approved disbursements of*     $8.83
*leaving a balance on hand of[1]:*     $2,491.17

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $2,491.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $625.00 | $0.00 | $625.00 |
| David P. Leibowitz, Trustee Expenses | $5.04 | $0.00 | $5.04 |

Total to be paid for chapter 7 administrative expenses:     $630.04
Remaining balance:     $1,861.13

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $1,861.13

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $1,861.13 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $56,136.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $4,705.01 | $0.00 | $155.99 |
| 2 | Wescom Credit Union | $9,533.81 | $0.00 | $316.08 |
| 3 | Wescom Credit Union | $6,552.41 | $0.00 | $217.24 |
| 4 | Wescom Credit Union | $10,870.38 | $0.00 | $360.40 |
| 5 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | $8,801.52 | $0.00 | $291.80 |
| 6 | Portfolio Recovery Associates, LLC/ successor to HSBC BANK NEVADA, N.A. | $629.37 | $0.00 | $20.87 |
| 7 | American InfoSource LP as agent for as assignee of GEMB - JC PENNEY CONSUMER | $1,360.16 | $0.00 | $45.09 |
| 8 | Cavalry SPV I, LLC/ assignee of HSBC Bank Nevada N A | $5,618.96 | $0.00 | $186.29 |
| 9 | Cavalry SPV I, LLC | $8,064.41 | $0.00 | $267.37 |

|  | Total to be paid to timely general unsecured claims: | $1,861.13 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

**UST Form 101-7-NFR (10/1/2010)**

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-21682-TAB
Mark G Kokoyachuk                                                       Chapter 7
Maria Lisa Kokoyachuk
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers              Page 1 of 2            Date Rcvd: Nov 12, 2013
                              Form ID: pdf006           Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2013.
```
db/jdb         #+Mark G Kokoyachuk,    Maria Lisa Kokoyachuk,    4960 N Marine Dr,   #817,   Chicago, IL 60640-3999
18965504        +Abn Amro Mortgage Grou,    Po Box 9438,   Gaithersburg, MD 20898-9438
18965505        +Allied First Bank,    387 Shuman Blvd Ste 120e,    Naperville, IL 60563-8450
19359281       #+Angel Alvarez,    6730 Colorado Ave,    Hammond, IN 46323-1646
18965509       #+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
18965510        +Barclays Bank Delaware,    Attention: Bankruptcy,    Po Box 8801,   Wilmington, DE 19899-8801
18965517       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                 Po Box 20363,    Kansas City, MO 64195)
18965511        +Caf,    Attn: Bankruptcy,    Po Box 440609,   Kennesaw, GA 30160-9511
20750054         Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
18965513        +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,   Salt Lake City, UT 84130-0285
18965514        +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18965515        +Chase Manhattan,    Attn: Bankruptcy Research Dept,    P.O. Box 24696,   Columbus, OH 43224-0696
18965516        +Chase Manhattan Mortgage,    Attn; Bankruptcy Dept,    Po Box 24696,   Columbus, OH 43224-0696
18965519        +Freedman Anselmo Lindberg & Rappe,    PO Box 3228,    Naperville, IL 60566-3228
18965523        +Hsbc Nv,    Attention: Bankruptcy,    Po Box 5213,   Carol Stream, IL 60197-5213
19359282        +Jose Reyes,    7115 Marshall Ave Unit #3,    Hammond, IN 46323-2118
18965524        +Kansas Counselors Of K,    Po Box 14765,   Shawnee Mission, KS 66285-4765
18965526         Mortgage Service Cente,    Ms Sv01,   Po Box 5465,    Mt Laurel, NJ 08054
18965527        +Municipal Collection Services, Inc.,    PO Box 1022,   Wixom, MI 48393-1022
18965528        +Nextcard Inc,    P.o. Box 3412,    Omaha, NE 68197-0001
18965529        +Old Second National Bank,    3101 Ogden Ave,   Lisle, IL 60532-1678
18965530        +Onyx Acceptance Corp,    C/O Tsys Debt Management,    Po Box 5155,   Norcross, GA 30091-5155
18965532       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Rc,    Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541)
18965531        +Pnc Ne Er,    Po Box 3180,   Pittsburgh, PA 15230-3180
18965533        +Provena Health,    333 N. Madison St.,   Joliet, IL 60435-8200
18965534        +Resurgence Legal Group,    1161 Lake Cook Rd,    Suite E,   Deerfield, IL 60015-5277
19359283        +Sarah Brandner,    7115 Marshall Ave Unit #2,    Hammond, IN 46323-2118
18965536        +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT    P.O. Box 9475,
                 Minneapolis, MN 55440-9475
18965537        +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   P.O.Box 9475,
                 Minneapolis, MN 55440-9475
18965539       ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: Us Bank,    Po Box 5227,   Cincinnati, OH 45201)
18965538        +United City of Yorkville,    800 Game Farm Road,    Yorkville, IL 60560-0901
18965543       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,   Frederick, MD 21701)
18965540        +Wachov Mtg/ Wells Fargo,    Attn: Bankruptcy,    Po Box 10335,   Des Moines, IA 50306-0335
18965541        +Washington Mutual / Providian,    Chase Card Services/Attn: Bankruptcy Dep,    Po Box 15298,
                 Wilmington, DE 19850-5298
18965542        +Webster Bank,    609 W Johnson Ave,   Cheshire, CT 06410-4502
18965544         Wellsfargo,    Supreme Re Serving,   Urbandale, IA 50323
18965547        +West Suburban Bank,    701-711 S Westmore Ave,    Lombard, IL 60148-3712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21020136         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 13 2013 02:44:13
                 American InfoSource LP as agent for,    Asset Acceptance,
                 as assignee of GEMB - JC PENNEY CONSUMER,    PO Box 248838,   Oklahoma City, OK  73124-8838
18965507        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 13 2013 02:36:32      Asset Acceptance Llc,
                 Attn: Bankruptcy,    Po Box 2036,   Warren, MI 48090-2036
18965508        +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Nov 13 2013 02:35:24      Aurora Loan Services,
                 Attn: Bankruptcy Dept.,    Po Box 1706,   Scottsbluff, NE 69363-1706
18965512        +E-mail/Text: bankruptcy@cavps.com Nov 13 2013 02:37:21      Calvary Portfolio Services,
                 Attention:  Bankruptcy Department,    500 Summit Lake Dr.,    Valhalla, NY 10595-1340
21063285        +E-mail/Text: bankruptcy@cavps.com Nov 13 2013 02:37:21      Cavalry SPV I, LLC,
                 assignee of Bank of America,    FIA Card Services N A,   500 Summit Lake Drive Ste 400,
                 Valhalla, NY 10595-1340
21058996        +E-mail/Text: bankruptcy@cavps.com Nov 13 2013 02:37:22      Cavalry SPV I, LLC,
                 assignee of HSBC Bank Nevada N A,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
20697514         E-mail/PDF: mrdiscen@discoverfinancial.com Nov 13 2013 02:43:47      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
18965518        +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 13 2013 02:43:47      Discover Fin,
                 Attention:  Bankruptcy Department,    Po Box 3025,   New Albany, OH 43054-3025
18965521        +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2013 02:41:42      Gemb/JC Penny,
                 Attention:  Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
18965520        +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2013 02:43:05      Gemb/gap,    Po Box 965005,
                 Orlando, FL 32896-5005
18965522        +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2013 02:41:41      Gemb/lenscrafters,    Po Box 981439,
                 El Paso, TX 79998-1439
```

```
District/off: 0752-1          User: mmyers              Page 2 of 2               Date Rcvd: Nov 12, 2013
                              Form ID: pdf006           Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
18965525    +E-mail/Text: bankruptcydpt@mcmcg.com Nov 13 2013 02:36:36     Midland Credit Management,
             8875 Aero Dr,   Suite 200,   San Diego, CA 92123-2255
18965506     E-mail/PDF: cbp@slfs.com Nov 13 2013 02:44:04     American General Finance/Springleaf Fina,
             Attention: Bankruptcy Department,   601 Nw 2nd St.,   Evansville, IN 47708
18965535    +E-mail/PDF: pa_dc_claims@salliemae.com Nov 13 2013 02:41:20     Sallie Mae,
             Attention: Claims Dept,  Po Box 9500,   Wilkes-Barre, PA 18773-9500
18965545    +E-mail/Text: bknotices@wescom.org Nov 13 2013 02:37:36     Wescom Credit Union,   Attn:Bankruptcy,
             5601 East La Palma Ave,   Anaheim, CA 92807-2109
18965546    +E-mail/Text: bknotices@wescom.org Nov 13 2013 02:37:36     Wescom Credit Union,
             123 S Marengo Ave,   Pasadena, CA 91101-2428
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21019765*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
21019766*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,
               successor to HSBC BANK NEVADA, N.A.,   (Discover),   POB 41067,   Norfolk VA 23541)
                                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2013 at the address(es) listed below:
              David P Leibowitz, ESQ   dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Joseph R Doyle    on behalf of Debtor Mark G Kokoyachuk joe@bizardoylelaw.com,
               jim@bizardoylelaw.com;nicole@bizardoylelaw.com;craig@bizardoylelaw.com
              Joseph R Doyle    on behalf of Joint Debtor Maria Lisa  Kokoyachuk joe@bizardoylelaw.com,
               jim@bizardoylelaw.com;nicole@bizardoylelaw.com;craig@bizardoylelaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor   WELLS FARGO BANK, N.A. ND-Four@il.cslegal.com
                                                                                             TOTAL: 5
```