**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-21682-TAB |
| | § | |
| MARK G KOKOYACHUK | § | |
| MARIA LISA KOKOYACHUK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $152,100.00 | Assets Exempt: | $13,600.00 |
| Total Distributions to Claimants: | $1,861.13 | Claims Discharged Without Payment: | $161,342.90 |
| Total Expenses of Administration: | $638.87 | | |

3) Total gross receipts of $2,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $154,101.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $638.87 | $638.87 | $638.87 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $147,296.00 | $56,136.03 | $56,136.03 | $1,861.13 |
| **Total Disbursements** | $301,397.00 | $56,774.90 | $56,774.90 | $2,500.00 |

4). This case was originally filed under chapter 7 on 05/29/2012. The case was pending for 24 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2014     By:  /s/ David P. Leibowitz
                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Recover of payment to Art Inst. for sons tuition and Payment to for auto repairs | 1141-000 | $2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,500.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgage | 4110-000 | $71,575.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Hm Mortgage | 4110-000 | $82,526.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$154,101.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $625.00 | $625.00 | $625.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $5.04 | $5.04 | $5.04 |
| Green Bank | 2600-000 | NA | $8.83 | $8.83 | $8.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$638.87** | **$638.87** | **$638.87** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $4,705.00 | $4,705.01 | $4,705.01 | $155.99 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Wescom Credit Union | 7100-000 | $5,716.00 | $9,533.81 | $9,533.81 | $316.08 |
| 3 | Wescom Credit Union | 7100-000 | $4,775.00 | $6,552.41 | $6,552.41 | $217.24 |
| 4 | Wescom Credit Union | 7100-000 | $10,870.00 | $10,870.38 | $10,870.38 | $360.40 |
| 5 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $8,329.00 | $8,801.52 | $8,801.52 | $291.80 |
| 6 | Portfolio Recovery Associates, LLC/ successor to HSBC BANK NEVADA, N.A. | 7100-900 | $629.00 | $629.37 | $629.37 | $20.87 |
| 7 | American InfoSource LP as agent for as assignee of GEMB - JC PENNEY CONSUMER | 7100-900 | $0.00 | $1,360.16 | $1,360.16 | $45.09 |
| 8 | Cavalry SPV I, LLC/ assignee of HSBC Bank Nevada N A | 7100-900 | $5,204.00 | $5,618.96 | $5,618.96 | $186.29 |
| 9 | Cavalry SPV I, LLC | 7100-000 | $0.00 | $8,064.41 | $8,064.41 | $267.37 |
| | Abn Amro Mortgage Grou | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Allied First Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Asset Acceptance Llc | 7100-000 | $1,166.00 | $0.00 | $0.00 | $0.00 |
| | Aurora Loan Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Barclays Bank Delaware | 7100-000 | $7,707.00 | $0.00 | $0.00 | $0.00 |
| | Caf | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $9,686.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $9,559.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $6,679.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $4,382.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $1,043.00 | $0.00 | $0.00 | $0.00 |
| | Chase Manhattan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase Manhattan Mortgage | 7100-000 | $3,982.00 | $0.00 | $0.00 | $0.00 |
| | Citibank Usa | 7100-000 | $1,400.00 | $0.00 | $0.00 | $0.00 |
| | Freedman | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Anselmo Lindberg & Rappe | | | | | | |
| Gemb/gap | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gemb/lenscrafters | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hsbc Nv | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kansas Counselors Of K | 7100-000 | $277.00 | $0.00 | $0.00 | $0.00 |
| Midland Credit Management | 7100-000 | $1,503.00 | $0.00 | $0.00 | $0.00 |
| Midland Credit Management | 7100-000 | $1,481.00 | $0.00 | $0.00 | $0.00 |
| Mortgage Service Cente | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Municipal Collection Services, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nextcard Inc | 7100-000 | $1,020.00 | $0.00 | $0.00 | $0.00 |
| Old Second National Bank | 7100-000 | $1,480.00 | $0.00 | $0.00 | $0.00 |
| Onyx Acceptance Corp | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pnc Ne Er | 7100-000 | $39,871.00 | $0.00 | $0.00 | $0.00 |
| Provena Health | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Resurgence Legal Group | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sallie Mae | 7100-000 | $8,631.00 | $0.00 | $0.00 | $0.00 |
| Target Credit Card (TC) | 7100-000 | $149.00 | $0.00 | $0.00 | $0.00 |
| Tnb-Visa (TV) / Target | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| United City of Yorkville | 7100-000 | $901.00 | $0.00 | $0.00 | $0.00 |
| Us Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wachov Mtg/ Wells Fargo | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Washington Mutual / Providian Chase Card Services/Attn: Bankruptcy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Webster Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wellsfargo | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| West Suburban Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| West Suburban Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $141,245.00 | $56,136.03 | $56,136.03 | $1,861.13 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 12-21682-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KOKOYACHUK, MARK G AND KOKOYACHUK, MARIA LISA | | Date Filed (f) or Converted (c): | 05/29/2012 (f) |
| For the Period Ending: | 6/13/2014 | | §341(a) Meeting Date: | 07/30/2012 |
| | | | Claims Bar Date: | 10/03/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Real estate located at 7115 Marshall Ave., Hammond IN 46323 | $100,000.00 | $15,074.00 | | $0.00 | FA |
| 2  Real estate located at 6730 Colorado Ave., Hammond IN 46323 | $54,500.00 | $0.00 | | $0.00 | FA |
| 3  Security deposit held with Enio Marciel | $0.00 | $0.00 | | $0.00 | FA |
| 4  Miscellaneous used household goods | $1,500.00 | $0.00 | | $0.00 | FA |
| 5  Miscellaneous books, tapes, CD's, etc. | $200.00 | $0.00 | | $0.00 | FA |
| 6  Personal used clothing | $600.00 | $0.00 | | $0.00 | FA |
| 7  Miscellaneous costume jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 8  Employer - Term Life Insurance - no cash surrender value | $0.00 | $0.00 | | $0.00 | FA |
| 9  401(k) through employer - 100% exempt | $0.00 | $0.00 | | $0.00 | FA |
| 10  2000 BMW Z-3 130,000 miles | $6,925.00 | $0.00 | | $0.00 | FA |
| 11  2000 Lincoln LS 105,000 miles | $875.00 | $0.00 | | $0.00 | FA |
| 12  1999 Dodge Durango 150,000 miles | $900.00 | $0.00 | | $0.00 | FA |
| 13  Recover of payment to Art Inst. for sons tuition and Payment to for auto repairs | $0.00 | $2,500.00 | | $2,500.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| $165,700.00 | $17,574.00 | | | $2,500.00 | $0.00 |

**Major Activities affecting case closing:**

| 05/09/2014 | TDR Completed - sent to UST office for review and approval. |
| 07/18/2013 | Debtor sent check for $2500.00 |
| 06/26/2013 | DA indicated that debtor can make a lump sum payment of $1700.00 - counter offered $2500.00 to resolve transfers |

**Initial Projected Date Of Final Report (TFR):**  10/31/2013     /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**         DAVID LEIBOWITZ

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-21682-TAB | **Trustee Name:** David Leibowitz |
| **Case Name:** | KOKOYACHUK, MARK G AND KOKOYACHUK, MARIA LISA | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***6593 | **Checking Acct #:** ******8201 |
| **Co-Debtor Taxpayer ID #:** | **-***6594 | **Account Title:** |
| **For Period Beginning:** | 5/29/2012 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 6/13/2014 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/23/2013 | (13) | Mark G Kokoyachuk | Payment | 1141-000 | $2,500.00 | | $2,500.00 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.91 | $2,499.09 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.29 | $2,494.80 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.63 | $2,491.17 |
| 12/12/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $625.00 | $1,866.17 |
| 12/12/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $5.04 | $1,861.13 |
| 12/12/2013 | 3003 | Cavalry SPV I, LLC | Claim #: 9; Amount Claimed: 8,064.41; Amount Allowed: 8,064.41; Distribution Dividend: 3.32; | 7100-000 | | $267.37 | $1,593.76 |
| 12/12/2013 | 3004 | Wescom Credit Union | Claim #: 2; Amount Claimed: 9,533.81; Amount Allowed: 9,533.81; Distribution Dividend: 3.32; | 7100-000 | | $316.08 | $1,277.68 |
| 12/12/2013 | 3005 | Wescom Credit Union | Claim #: 3; Amount Claimed: 6,552.41; Amount Allowed: 6,552.41; Distribution Dividend: 3.32; | 7100-000 | | $217.24 | $1,060.44 |
| 12/12/2013 | 3006 | Wescom Credit Union | Claim #: 4; Amount Claimed: 10,870.38; Amount Allowed: 10,870.38; Distribution Dividend: 3.32; | 7100-000 | | $360.40 | $700.04 |
| 12/12/2013 | 3007 | Capital One Bank (USA), N.A. by American | Claim #: 5; Amount Claimed: 8,801.52; Amount Allowed: 8,801.52; Distribution Dividend: 3.32; | 7100-900 | | $291.80 | $408.24 |
| 12/12/2013 | 3008 | Portfolio Recovery Associates, LLC/ successor | Claim #: 6; Amount Claimed: 629.37; Amount Allowed: 629.37; Distribution Dividend: 3.32; | 7100-900 | | $20.87 | $387.37 |
| 12/12/2013 | 3009 | American InfoSource LP as agent for as assignee of | Claim #: 7; Amount Claimed: 1,360.16; Amount Allowed: 1,360.16; Distribution Dividend: 3.32; | 7100-900 | | $45.09 | $342.28 |
| 12/12/2013 | 3010 | Cavalry SPV I, LLC/ assignee of HSBC Bank | Claim #: 8; Amount Claimed: 5,618.96; Amount Allowed: 5,618.96; Distribution Dividend: 3.32; | 7100-900 | | $186.29 | $155.99 |
| 12/12/2013 | 3011 | Discover Bank | Claim #: 1; Amount Claimed: 4,705.01; Amount Allowed: 4,705.01; Distribution Dividend: 3.32; | 7100-900 | | $155.99 | $0.00 |
| | | | | **SUBTOTALS** | $2,500.00 | $2,500.00 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 12-21682-TAB | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | KOKOYACHUK, MARK G AND KOKOYACHUK, MARIA LISA | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***6593 | **Checking Acct #:** | ******8201 |
| **Co-Debtor Taxpayer ID #:** | **-***6594 | **Account Title:** | |
| **For Period Beginning:** | 5/29/2012 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 6/13/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $2,500.00 | $2,500.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,500.00 | $2,500.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,500.00 | $2,500.00 | |

**For the period of 5/29/2012 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/23/2013 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-21682-TAB | **Trustee Name:** David Leibowitz |
| **Case Name:** | KOKOYACHUK, MARK G AND KOKOYACHUK, MARIA LISA | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***6593 | **Checking Acct #:** ******8201 |
| **Co-Debtor Taxpayer ID #:** | **-***6594 | **Account Title:** |
| **For Period Beginning:** | 5/29/2012 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 6/13/2014 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,500.00 | $2,500.00 | $0.00 |

| **For the period of 5/29/2012 to 6/13/2014** | | **For the entire history of the case between 05/29/2012 to 6/13/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,500.00 | Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 | Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,500.00 | Total Compensable Disbursements: | $2,500.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.00 | Total Comp/Non Comp Disbursements: | $2,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ